JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/15/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN MITCHELL, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff<br><br>  vs.<br><br>MEDTRONIC, INC., A MINNESOTA CORPORATION,<br><br>    Defendant | Case No.: CV13-06624-MWF(PLAx)<br><br>JUDGMENT |

   IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 68, this Court hereby enters judgment in favor of Plaintiff JOHN MITCHELL in the total amount of $3,000.

2. This Judgment will fully satisfy and resolve any liability or damages with respect to plaintiffs individual and class claims for meal period violations, specifically, the second claim for relief in plaintiff s Second Amended Complaint for failure to provide adequate meal periods, and the fourth and

-1-

fifth claims for relief in his Second Amended Complaint premised on the alleged failure to provide adequate meal periods, including any injunctive relief, penalties, interest, costs and/or attorneys' fees associated with those claims.

3. Plaintiff retains all rights to appeal individual and class claims that were dismissed by this Court's February 13, 2015 Order granting Medtronic's motion to dismiss, specifically, the first and third claims for relief in plaintiffs Second Amended Complaint, and the fourth and fifth claims for relief that are predicated, in part, on Medtronic's alleged failure to include missed meal period premium payments in its calculation of the "Regular Rate of Pay." (Dkt. No. 45.) In particular, plaintiff retains any right to appeal the final judgment as it relates to any claims covered by the February 13, 2015 Order and retains all rights to any subsequent damages, interests, costs and/or attorney's fees relating to those claims.  Medtronic is not agreeing that any such appeal by plaintiff has merit. Plaintiff will retain a personal stake only in the individual and class claims dismissed by the February 13, 2015 Order.

4. Medtronic's Offer was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not an admission that Medtronic is liable in this action or that plaintiff has suffered any damage.

DATED: May 15, 2015    By: _____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE